UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>KEVIN GOUIN,<br><br>        Defendant. | Case No. 05-471M<br><br>DETENTION ORDER |

Offense charged:

    Possession of child pornography in violation of Title 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) and 2.

Date of Detention Hearing:   December 2, 2005.

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    The Court conducted a detention hearing pursuant to 18 U.S.C. § 3142(f). Based upon the factual findings and statement of reasons for detention set forth below, the Court finds that defendant is a flight risk and a danger to the community:

    (1)    Defendant is a Canadian citizen.

    (2)    Defendant's mother was involved with the departure of his brother, a co-defendant, to Canada.

    (3)    A substantial amount of child pornography was found in defendant's mother's home, where the defendant resided.

(4) Defendant stated that the images found had aroused him and that this scared him.

(5) There appear to be no conditions or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings and that will address the danger to other persons or the community

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 2nd day of December, 2005.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge